No. 80–6826.  IN RE MCKNIGHT;

No. 81–5001.  IN RE ROSS;

No. 81–5023.  IN RE BOYD;

No. 81–5151.  IN RE GREEN;

No. 81–5217.  IN RE SMITH;

No. 81–5290.  IN RE GREEN;

No. 81–5322.  IN RE PERRY; and

No. 81–5323.  IN RE CONRAD.  Petitions for writs of habeas corpus denied.  JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 80–2107.  IN RE GENERAL ATOMIC CO.;

No. 80–6641.  IN RE WELCH;

No. 80–6720.  IN RE ROSS;

No. 80–6783.  IN RE MAGEE;

No. 80–6850.  IN RE SIMON;

No. 81–45.  IN RE CANNON;

No. 81–5073.  IN RE POE;

No. 81–5095.  IN RE SIMS;

No. 81–5099.  IN RE DOVE;

No. 81–5139.  IN RE WIDEMON;

No. 81–5147.  IN RE GREEN;

No. 81–5148.  IN RE GREEN;

No. 81–5291.  IN RE GREEN; and

No. 81–5292.  IN RE GREEN.  Petitions for writs of mandamus denied.  JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 80–6700.  IN RE WIGGINS; and

No. 81–5135.  IN RE FARACI.  Petitions for writs of mandamus and/or prohibition denied.  JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 80–2100.  ROGERS ET AL. v. LODGE ET AL.  Appeal from C. A. 5th Cir.  Probable jurisdiction noted.